IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                              NO. 4:14-cr-00119 JM

JOHN DAVID RUSSELL                                                                 DEFENDANT

### ORDER

Defendant John David Russell ("Russell") has filed the pending motion for detention hearing. See Document 15. For good cause shown, the motion is granted. A detention hearing will be held beginning at 3:00 p.m. on Thursday, August 28, 2014, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas. This order is the only notice of the hearing the parties will receive.

IT IS SO ORDERED this __27__ day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE